MR. JUSTICE DOUGLAS would grant, vacate, and remand solely in light of *Lynch* v. *Household Finance Corp., supra.*

No. 69–5016. PITTS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the petition for writ of habeas corpus as a petition for writ of certiorari, certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Stewart* v. *Massachusetts, ante,* p. 845.

No. 69–5017. HAWKINS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the petition for writ of habeas corpus as a petition for writ of certiorari, certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Stewart* v. *Massachusetts, ante,* p. 845.

No. 70–5020. WILLIAMS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the petition for writ of habeas corpus as a petition for writ of certiorari, certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Stewart* v. *Massachusetts, ante,* p. 845.

No. 204, October Term, 1970. CRAMPTON *v.* OHIO. Sup. Ct. Ohio. Petition for rehearing granted. Judgment affirming judgment of the Supreme Court of Ohio, 402 U. S. 183 (1971), vacated. Judgment, 18 Ohio St.